UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. C-08-20-1 |
| | § | |
| DAVID GUAJARDO | § | |

# ORDER

On this day came on to be considered Defendant's Motion for Leave to Extend Motion Deadline. Defendant's Motion for Leave to Extend Motion Deadline is GRANTED.

SIGNED and ORDERED this 20th day of February, 2008.

_____
Janis Graham Jack
United States District Judge